**Steven A. DRYDEN, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7022.

United States Court of Appeals, Federal Circuit.

June 28, 2007.

### *ORDER*

Upon consideration of Steven A. Dryden's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.